MICHAEL L. TRACY, ESQ., SBN 237779            JS-6
MTRACY@MICHAELTRACYLAW.COM
MICHAEL VELARDE, ESQ., SBN 266272
MVELARDE@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff IAN LOOP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IAN LOOP, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ULTIMATE AUTO SERVICE, INC., A CALIFORNIA CORPORATION; VARTAN WARTABETIAN, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV11-00745-PJW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 1/25/2011<br>FPTC: 12/16/2011<br>Trial Date: 1/17/2012 |

      Pursuant to pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED: December 16, 2011        By: _____
                                                UNITED STATES DISTRICT COURT JUDGE